*Department One.*

Mr. EARL COOLEY, for plaintiff in error.

Hon. LESLIE E. HUBBARD, Attorney General; CLARA RUTH MOZZOR, Assistant Attorney General, for the People.

---

No. 8559.

DE LAN *v.* AMERICAN SECURITY & TRUST COMPANY.

*Error to Denver District Court. Riddle, J.*

The evidence below held insufficient to entitle the plaintiff to do to the jury.

Judgment affirmed. Opinion by Allen, J.

Mr. JOHN T. BOTTOM and Mr. WILLIAM H. GABBERT (on rehearing), for plaintiff in error.

THOMAS, NYE & MALBURN, for defendant in error.

---

No. 9224.

WALTERS ET AL. *v.* WEST ET AL.

*Error to Pueblo District Court, Hon. James L. Cooper, Judge.*

*Application for Supersedeas.*

Messrs. ADAMS & GAST, for plaintiffs in error.

Mr. JOHN A. MARTIN, City Attorney; Mr. CHARLES M. ROSE, Messrs. HARTMAN & BALLCEICH, Mr. M. J. GALLIGAN and Mr. J. T. McCORKLE, for defendants in error.

Mr. JOHN H. VOORHEES, *Amicus curiae.*

Opinion *per curiam:*

UPON a careful examination of the record and briefs of counsel, eliminating the reasons of the trial court therefor which we shall not pass upon, we are convinced that no prejudicial error was committed in the rendition of the final judgment dissolving the temporary injunction and dismissing the action, for which reason the application for supersedeas will be denied and the judgment affirmed.

*Supersedeas denied; judgment affirmed.*

Decision *en banc.*

Chief Justice White and Mr. Justice Scott not participating.